IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 09-cv-03042-WYD-KMT | FTR - Courtroom C-201 |
| **Date:** August 18, 2010 | Deputy Clerk, Nick Richards |
| CELESTE DOYLE, | N. Nora Nye |
| Plaintiff, | |
| v. | |
| CITY AND COUNTY OF DENVER, a Municipal Corporation, and DENVER DEPARTMENT OF HUMAN SERVICES, | Linda Marie Davison |
| Defendants. | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING: MOTIONS**
**Court in session: 10:07 a.m.**
Court calls case. Appearances of counsel.

This hearing is called regarding Defendants' Motion to Compel Discovery [Doc. No. 25, filed 6/29/2010] and Plaintiff's Motion to Withdraw [Doc. No. 28, filed 7/2/2010].

Discussion on failure to appear by Plaintiff.

**It is ORDERED:** The Court will **STAY** all discovery deadlines, pending an Order to Show Cause that will be issued by the Court.

Defendant's Motion to Compel Discovery [25] is **GRANTED**. Plaintiff has seven days in which to comply with the discovery request.

Plaintiff's Motion to Withdraw [28] is **GRANTED**. Plaintiff will appear Pro Se.

**Court in Recess: 10:19 a.m.**
Hearing concluded.
Total In-Court Time    00:12

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.