IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–03042–WYD–KMT

CELESTE DOYLE,

    Plaintiff,

v.

DENVER DEPARTMENT OF HUMAN SERVICES,

    Defendants.

## ORDER

    This matter is before the court on "Defendant's Verified Motion for A Protective Order" (hereinafter "Motion") [Doc. No. 48, filed January 10, 2011]. On January 10, 2011, this court set a hearing on the Motion for March 7, 2011 at 9:00 a.m. [Doc. No. 50.] Plaintiff's response to the motion outlining, at a minimum, her argument in opposition to the relief requested, was due on or before January 30, 2011 pursuant to D.C.COLO.LCivR 7.1(C). As of this date, no response in opposition to the relief requested by Defendant has been filed, and any response is almost one month overdue.

    Plaintiff having filed no response has efficaciously indicated no opposition to the motion, and therefore she cannot now be heard on March 7, 2011 with any argument against the granting of the motion. Therefore, the hearing would be a waste of judicial resources.

Based on the totality of the record and considering the salacious and prurient nature of the allegations surrounding the now abandoned discovery, all of which have been denied under oath and none of which were vetted at the EEOC, the court concludes the plaintiff has wisely confessed the Motion and the relief sought in the Motion to avoid a Fed. R. Civ. P 37 sanction.

Having reviewed the Motion the court finds the relief requested is reasonable and justified.

It is therefore **ORDERED**

1. "Defendant's Verified Motion for A Protective Order" [Doc. No. 48] is **GRANTED in part and DENIED in part**. The Motion is **GRANTED** in that Plaintiff is hereby prohibited from inquiring into the subject matter of Interrogatories # 9, 12-17, Requests for Admission # 3, 5-13, and 15, and Requests for Production of Documents # 14 and 15, all contained in written discovery originally propounded by the plaintiff and submitted to the defendant on or about December 30, 2010. Further, Plaintiff is hereafter prohibited from raising or alluding to the allegations which were associated with the abandoned discovery requests concerning counsel for Defendant, Linda Davison, and/or the City Attorney's Office for any purpose in this lawsuit; and,

2. The Motion is also **GRANTED** to the extent Defendant is relieved from any obligation to respond to Interrogatories # 9, 12-17; Requests for Admission # 3, 5-13, and 15; and, Requests for Production of Documents # 14 and 15 of the December 30, 2010 discovery requests issued by Plaintiff; and,

3. Defendant's Motion is **DENIED** with respect to the request to award costs and attorneys' fees against Plaintiff for having to bring the Motion.

It is further **ORDERED**

The Motion Hearing set for March 7, 2011 at 9:00 a.m. is **VACATED**.

Dated this 25th day of February, 2011.

BY THE COURT:

*[signature]*

Kathleen M. Tafoya
United States Magistrate Judge