## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

**Civil Action No.** 09-cv-03042-WYD-KMT                FTR - Courtroom C-201

**Date:** April 15, 2011                                 Deputy Clerk, Nick Richards


CELESTE DOYLE,                                           Joseph Bernard Rogers

        Plaintiff,

v.

DENVER DEPARTMENT OF HUMAN                               Linda Marie Davison
SERVICES,                                                Niels Loechell

        Defendant.

---

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 10:05 a.m.**
Court calls case.  Appearances of counsel.

Motion Hearing is called regarding Plaintiff's Motion to Compel Regarding Defendant's Email Communications and Request for Expedited Ruling [Doc. No. 57, filed March 28, 2011].

Defendant's Exhibit **A** is identified, offered, and admitted for the purpose of this hearing only.

Argument from Plaintiff.
Argument from Defendant.

It is **ORDERED**:     Plaintiff's Motion to Compel [57] is **DENIED** for reasons stated on the record.

**Court in Recess: 11:20 a.m.**
Hearing concluded.
Total In-Court Time     01:15

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.