IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-03042-WYD-KMT

CELESTE DOYLE,

    Plaintiff,

v.

DENVER DEPARTMENT OF HUMAN SERVICES,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiff's Motion for Summary Judgment (ECF No. 64) is **STRICKEN** as it exceeds the page limits set out in Section II.E.1 and III.B.2 of my Practice Standards. Plaintiff may, if she wishes, refile the motion within ten (10) days in compliance with the Practice Standards.

    Dated:  April 19, 2011