IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-03042-WYD-KMT

CELESTE DOYLE,

    Plaintiff,

v.

DENVER DEPARTMENT OF HUMAN SERVICES,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Defendant's Motion to Exceed the Court's Page Limit in its Reply in Support of Its Motion for Summary Judgment filed June 7, 2011 (ECF No. 85) is **GRANTED**.  The Reply Brief filed June 7, 2011 is accepted for filing.

    Dated:  June 14, 2011.