IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-03042-WYD-KMT

CELESTE DOYLE,

    Plaintiff,

v.

DENVER DEPARTMENT OF HUMAN SERVICES,

    Defendant.

**ORDER**

    THIS MATTER came on before the Court for a status conference and trial setting.

    It is hereby ORDERED that this matter is set for a jury trial for 5 days on **Monday December 5, 2011, at 9:00 a.m. in Courtroom A-1002.**

    It is further ORDERED that the final trial preparation conference on this matter is set for **Monday November 21, 2011, at 2:30 p.m.**

    Dated:  August 2, 2011

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Chief United States District Judge