**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy: Robert R. Keech | Date: November 21, 2011 |
| E.C.R./Reporter: Therese Lindblom | |

Civil Action No: **09-cv-03042-WYD-KMT**         Counsel:

**CELESTE DOYLE**,                                            Joseph B. Rogers

        Plaintiff,

v.

**DENVER DEPARTMENT OF HUMAN**           Niels Lochell
**SERVICES**,                                                    Linda M. Davidson

        Defendant.

**COURTROOM MINUTES**

**TRIAL PREPARATION CONFERENCE**

**2:36 p.m.**     Court in Session

APPEARANCES OF COUNSEL.

Court's opening remarks regarding motions in limine.

**ORDERED:**  Defendant's Motion in Limine Re: Plaintiff's Testimony About Defense Counsel (ECF Doc. #118), filed November 21, 2011, is **DENIED and STRICKEN.**

**ORDERED:**  Defendant's Motion in Limine Re: Confidential Settlement Letter and Statements of Counsel (ECF Doc. #119), filed November 21, 2011, is **DENIED and STRICKEN.**

**ORDERED:**  Defendant's Motion in Limine Re: Notice of Decision on Unemployment Benefits (ECF Doc. #120), filed November 21, 2011, is **DENIED and STRICKEN.**

| | |
|---|---|
| 2:40 p.m. | Court's remarks regarding jury instructions and issues between counsel. |
| 2:42 p.m. | Discussion regarding jury instructions and issues between counsel. |
| **ORDERED:** | Counsel shall submit revised jury instructions not later than **Wednesday, November 30, 2011.** |
| **ORDERED:** | Order to show Cause (ECF Doc. #107), filed November 17, 2011, is **DEFERRED** until further order of the Court. |
| **ORDERED:** | Counsel shall meet and confer at the office of counsel for Defendant, regarding jury instructions and a joint statement of the case jury instruction, on **Tuesday, November 22, 2011, at 1:00 p.m.** |
| 3:08 p.m. | Discussion regarding exhibit and witness lists. |
| **ORDERED:** | Counsel shall file revised exhibit lists, that eliminate all duplicate exhibits and reflect maximum agreement as to stipulated exhibits, not later than **Wednesday, November 30, 2011.** |
| 3:23 p.m. | Discussion regarding time limits for opening statements. |
| **ORDERED:** | Opening statements shall not exceed **forty-five (45) minutes per side.** |
| 3:24 p.m. | Court outlines procedures for voir dire and jury selection. |
| **ORDERED:** | Each side will be allowed supplemental voir dire not to exceed **twenty (20) minutes per side.** |
| 3:29 p.m. | Discussion regarding issues of back-pay and front-pay. |
| 3:35 p.m. | Discussion regarding a witness Juanita Jackson (Johnson), who may be called at trial. |
| **3:38 p.m.** | Court in Recess - HEARING CONCLUDED. |

**TOTAL TIME:   1:02**