IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-03042-WYD-KMT

CELESTE DOYLE,

    Plaintiff,

v.

DENVER DEPARTMENT OF HUMAN SERVICES,

    Defendant.

# ORDER

THIS MATTER came before the Court on a Final Trial Preparation Conference on November 21, 2011.  For the reasons stated on the record and at the hearing, it is

ORDERED that Defendant's Motion in Limine Re: Plaintiff's Testimony about Defense Counsel, Exhibit 66 and the Protective Order Issued by Magistrate Judge filed November 21, 2011 (ECF No. 118) is **STRICKEN** as untimely pursuant to Section III.C.1 of my Practice Standards.  It is

FURTHER ORDERED that Defendant's Motion in Limine Re: Defense Counsel's Confidential Settlement Letter and Statements of Counsel to the EEOC filed November 21, 2011 (ECF No. 119) is **STRICKEN** as untimely pursuant to Section III.C.1 of my Practice Standards for failure to comply with Section of my Practice Standards.  It is

FURTHER ORDERED that Defendant's Motion in Limine Re: Unemployment Benefits filed November 21, 2011 (ECF No. 120) is **STRICKEN** as untimely pursuant to Section III.C.1 of my Practice Standards.  It is

FURTHER ORDERED that the parties shall meet and confer regarding jury instructions and a joint stipulated statement of the case as ordered on the record.  The parties shall also met and confer regarding witnesses on Defendant's will call list and whether Plaintiff is required to subpoena these witnesses.  It is

FURTHER ORDERED that on or before **Wednesday, November 30, 2011**, the parties will submit a joint stipulated statement of the case and a stipulated set of instructions (agreeing to the maximum extent possible to instructions ) as well as a written document explaining the basis for objections to the disputed instructions as required by Section IV.A.4 of my Practice Standards.  If the parties fail to comply, sanctions will be imposed.  It is

FURTHER ORDERED that on or before **Wednesday, November 30, 2011**, the parties will submit revised exhibit lists whereby the parties delete duplicative instructions and reach maximum agreement to authenticity and/or admissibility of the exhibits.

Dated:  November 29, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge