IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-03042-WYD-KMT

CELESTE DOYLE,

    Plaintiff,

v.

DENVER DEPARTMENT OF HUMAN SERVICES,

    Defendant.

## ORDER

THIS MATTER comes before the Court in connection with the Order to Show Cause issued on November 17, 2011.  The Order to Show Cause was issued for the parties' failure to comply with my Practice Standards and remained in effect throughout the trial that was held from December 5, 2011, to December 13, 2011.  The Court, having considered the Order to Show Cause and being fully advised in the premises,

ORDERS that the Order to Show Cause (ECF No. 107) is **DISCHARGED**.

Dated:  December 21, 2011

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Chief United States District Judge